IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH RAY FISHER,

    Plaintiff,                     No. CIV S-05-2469 DFL JFM P

    vs.

SACRAMENTO SHERIFF DEPARTMENT, et al.,

    Defendant.                  ORDER

         Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an incomplete request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has completed only one of two pages of this court's in forma pauperis application. In addition, it does not appear that the copy of the inmate ledger report attached to the application has been certified by an authorized jail official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.[1]

---

[1] Plaintiff is cautioned that there appear to be discrepancies between his representation that he has received no income from any source in the past twelve months and his ledger report which reflects cash deposits during that period. Plaintiff is cautioned that his in forma pauperis application must accurately reflect any source of monies that he has received in the last twelve monthes and that sanctions may be imposed for false statements in documents filed with the court. See Fed. R. Civ. P. 11.

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. The Clerk of the Court shall provide plaintiff with the court's form Application
3    to Proceed In Forma Pauperis for a prisoner civil rights action.

4    2. Plaintiff shall submit, within thirty days from the date of this order, a fully
5    completed in forma pauperis application. Plaintiff's failure to comply with this order will result
6    in a recommendation that this action be dismissed without prejudice.

7    DATED: December 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
fish2469.3c