IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH RAY FISHER,

    Plaintiff,                    No. CIV S-05-2469 DFL JFM P

    vs.

SACRAMENTO SHERIFF DEPARTMENT, et al.,

    Defendants.            ORDER
_____/

        Plaintiff is a former county jail inmate proceeding pro se with this civil rights action seeking relief under 42 U.S.C. § 1983. By order filed December 21, 2005, plaintiff was directed to file a complete in forma pauperis application. That order was returned undelivered, and on January 30, 2006, this court filed findings and recommendations recommending dismissal of this action without prejudice due to plaintiff's failure to keep the court apprised of his current address. On March 8, 2006, plaintiff filed a notice of change of address. Good cause appearing, the findings and recommendations will be vacated and plaintiff will be given one additional period of twenty days in which to file a complete in forma pauperis application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed January 30, 2006 are vacated;

/////

1

2. Plaintiff is granted twenty days from the date of this order to file a complete application to proceed in forma pauperis on the form provided with this order; and

3. The Clerk of the Court is directed to send plaintiff a form Application to Proceed In Forma Pauperis.

DATED: March 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/fish2469.vac