IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH RAY FISHER,

    Plaintiff,                        No. CIV S-05-2469 DFL JFM PS

    vs.

SACRAMENTO SHERIFF DEPARTMENT, et al.,

    Defendants.                 ORDER

/

        Plaintiff is a former county jail inmate proceeding pro se with this civil rights action seeking relief under 42 U.S.C. § 1983. On September 13, 2006, findings and recommendations issued recommending that plaintiff's action be dismissed for plaintiff's failure to timely file an amended complaint. On September 27, 2006, plaintiff filed objections to the findings and recommendations. Plaintiff states that he failed to file an amended complaint because he did not know the name of the sheriff's deputy and only recently learned he could name an unidentified defendant by naming that person as a John Doe. Good cause appearing, the findings and recommendations will be vacated and plaintiff will be granted another opportunity to file an amended complaint. However, plaintiff is cautioned that no further extensions of time will be granted.

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 13, 2006 are vacated;

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint that complies with this court's July 28, 2006 order.

DATED: October 23, 2006.

UNITED STATES MAGISTRATE JUDGE

1/fish2469.vac2

2