IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH RAY FISHER,

    Plaintiff,                    No. CIV S-05-2469 DFL JFM PS

    vs.

SACRAMENTO SHERIFF DEPARTMENT, et al.,

    Defendants.              ORDER

/

        Plaintiff is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On October 24, 2006, plaintiff was granted an additional thirty days in which to file an amended complaint that complied with this court's order of July 28, 2006. On November 27, 2006, plaintiff filed a one page general negligence cause of action form used in state court. Plaintiff did not include a cover page clearly identifying the named defendants. Plaintiff is advised that his cause of action is sufficient to state a claim against defendant John Doe and arresting officer O'Connor. However, plaintiff must provide a complete complaint before the court can order service of process.

        Good cause appearing, the November 27, 2006 amended complaint will be dismissed without prejudice and plaintiff will be granted an additional thirty days in which to submit a complete complaint. The Clerk of the Court will be directed to provide plaintiff with

1

the civil rights form complaint used in this district.  Plaintiff should complete that form, inserting his cause of action language into the statement of claim section.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1.  Plaintiff's November 27, 2006 amended complaint is dismissed;

         2.  Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint";

         3.  Plaintiff must file an original and two copies of the amended complaint; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed; and

         4.  The Clerk of the Court is directed to send plaintiff the complaint form used for filing civil rights actions in this district.

DATED:  December 19, 2006.

                            UNITED STATES MAGISTRATE JUDGE

001; fish2469.amd