IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAY FISHER,<br><br>    Plaintiff,<br><br>vs.<br><br>SACRAMENTO SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:05-CV-2469-RRB-JFM-PS<br><br>**ORDER** |

    Plaintiff Kenneth Ray Fisher ("Plaintiff"), proceeding pro se, has filed this civil rights action seeking relief. The matter was referred to a United States Magistrate Judge.

    On February 5, 2007, Magistrate Judge John F. Moulds filed Findings & Recommendations (Docket 18) herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within ten days. Plaintiff has not filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:05-CV-2469-RRB-JFM-PS

The Court has reviewed the file and finds the Findings & Recommendations at Docket 18 to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 18**, filed on February 5, 2007, are adopted in full; and

2. This action is **DISMISSED** without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

**ENTERED** this 5th day of July, 2007.

                                    S/RALPH R. BEISTLINE
                                    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:05-CV-2469-RRB-JFM-PS